## ANGEL WORLD, INC., Appellant,

v.

## TREASURES AND TRINKETS, INC., Appellee.

### No. 04–1288.

United States Court of Appeals,
Federal Circuit.

Aug. 4, 2004.

Martha M. Powers, of Counsel, Ninety Six, SC, for Appellant.

Pamela S. Chestek, Principal Attorney, Cantor Colburn, Bloomfield, CT, for Appellee.

## ORDER

On June 15, 2004, the court issued an order directing Martha M. Powers (Angel World, Inc.) to obtain counsel who is admitted to practice before this court, within 45–days of the filing of said order.

Angel World has failed to comply with that order, and has failed to prosecute this case in accordance with the rules.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.